

January 3, 2023 initial conference is adjourned to March 20, 2023 at 12:00 p.m.  Call-In: 1-888-363-4749; Access Code: 3667981.
SO ORDERED
Dated:  12/21/2022

P. Kevin Castel
United States District Judge

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

direct dial 212 775 8736
direct fax 212 208 2415
briggs.wright@kilpatricktownsend.com

December 20, 2022

*Via ECF*

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Shanghai Zhenglang Technology Co., Ltd. v. Superbox Inc.*, No. 22-cv-9480 (PKC)

Your Honor:

    We represent Shanghai Zhenglang Technology Co., Ltd. ("Plaintiff") in the above referenced action.  We write with regard to Your Honor's order of November 20, 2022.  Pursuant to the order, an initial pretrial conference has been scheduled in the above referenced matter before Your Honor on January 3, 2023.

    Plaintiff hereby respectfully requests a two-month adjournment of the initial pretrial conference currently scheduled for January 3, 2023 and the associated deadlines to file a joint letter and proposed Case Management Plan.  The parties are currently engaged in settlement discussions and Plaintiff has yet to serve the complaint on Superbox Inc. ("Defendant").  Defendant, who has yet to appear in the case, consents to the request.

    Thank you for your attention to this matter.  We would be glad to answer any questions that Your Honor may have regarding this matter.

Respectfully submitted,

Briggs M. Wright